*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
---------------------------------------------------X
**In Re:**

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE BANKRUPTCY APPEAL**

**In re Chapter 11**

**Laurels Of Fallsburg LLC,** **Case No. 25-35887 (KYP)**

**Alleged Debtor.**
-------------------------------------------------------------X

**In re Chapter 7**

**651 Lakes LLC,**

**Case No. 25-35891 (KYP)**

**Alleged Debtor.**
-------------------------------------------------------------X

**In re Chapter 7**

**MagicSoft Group Inc.,**

**Case No. 25-35888 (KYP)**

**Alleged Debtor.**
-------------------------------------------------------------X
**Aron Berlin,** ***et al.*****,**

**Plaintiffs,**

**-against-** **Adv. Proc. No. 25-09019 (KYP)**

**Jennifer Safken,** ***et al.*****,**

**Defendants.**
-------------------------------------------------------------X

**26-cv-08580 PMH**

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: TAMMI M. HELLWIG, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BAR SHANY ET AL V. SAFKEN ET AL
DATE OF FILING NOTICE OF APPEAL: 09/15/2026
BANKRUPTCY DOCUMENT #: 63

BANKRUPTCY CASE: **25-09019A (KYP)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

_X_ FRBP 8009
___ Federal Rules of Civil Procedure (Rule _____)
____ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York

Dated: **September 30, 2026**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: Gwen Kinchen
Deputy Clerk

***ORDER***

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

PMH

Dated ___October 1_____ 2026
~~New York~~, New York
White Plains

Hon. Philip M. Halpern
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _______________

Tammi M. Hellwig, Clerk
District Court, SDNY

By: ____________________
Deputy Clerk